UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

MATTHEW BOYD

Docket No. 2:21-cr-00092-NT

# INDICTMENT

The Grand Jury Charges:

## COUNT ONE

Between about August 7, 2009 and about August 15, 2009, at the Portsmouth Naval Shipyard, a place within the special maritime and territorial jurisdiction of the United States, and in the District of Maine, defendant

**MATTHEW BOYD**

did knowingly engage in a sexual act with another person, Minor A, who had attained the age of 12 years but who had not attained the age of 16 years and who was at least four years younger than the Defendant, to wit: contact between the penis of the Defendant and the vulva of Minor A, in violation of Title 18, United States Code, Sections 7(3), 2243(a) and 2246(2)(A).

## COUNT TWO

Between about August 7, 2009 and about August 15, 2009, at the Portsmouth Naval Shipyard, a place within the special maritime and territorial jurisdiction of the United States, and in the District of Maine, defendant

**MATTHEW BOYD**

did knowingly engage in a sexual act with another person, Minor A, who had attained the age of 12 years but who had not attained the age of 16 years and who was at least four years younger than the Defendant, to wit: contact between the mouth of the Defendant and the vulva of Minor A, in violation of Title 18, United States Code, Sections 7(3), 2243(a) and 2246(2)(B).

A TRUE BILL.

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney
Date: JUNE 9, 2021