# Information Synopsis

| | |
|---|---|
| **Name:** | Matthew Boyd |
| **Address:** (City & State Only) | Warren, Michigan |
| **Year of Birth/Age:** | 1988/32 |
| **Violations:** | Counts One and Two: Sexual abuse of a minor. 18 U.S.C. §§ 7(3), 2243(a) and 2246(2)(A) and (B). |
| **Penalties:** | Counts One and Two: Imprisonment of not more than 15 years; fine not to exceed two hundred fifty thousand dollars ($250,000); or both. 18 U.S.C. § 2243; 18 U.S.C. § 3571(b)(3).<br><br>Class C felonies pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Counts One and Two: Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts One and Two: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts One and Two: Three years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. §3583(h). |
| **Defendant's Attorney:** | Pending appointment/retention |
| **Primary Investigative Agency and Case Agent Name:** | Naval Criminal Investigative Service Special Agent Joshua Drezek |
| **Detention Status:** | Pending apprehension |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | Michael J. Conley |

| Guidelines apply?   Y/N | Yes |
|---|---|
| Victim Case: | Yes |
| Corporate Victims Owed Restitution: | N/A |
| Assessments: | $100 per count |